**STATE of Missouri, Respondent,**

v.

**Joe GILREATH, Appellant.**

**No. WD 39270.**

Missouri Court of Appeals, Western District.

Oct. 3, 1989.

Sean D. O'Brien, Public Defender, John Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Defendant appeals from conviction of assault in the first degree under Section 565.-050.1, RSMo 1986, and armed criminal action under Section 571.015.1, RSMo 1986, alleging error in the denial of his motion for judgment of acquittal at the close of all

evidence because there was insufficient evidence to support a verdict of guilty.

Judgment affirmed.   Rule 30.25(b).